**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3051**

---

D. JOHNSON WILLIS,

                                        Plaintiff - Appellant,

        and

BARBARA BURNEY; JAMES EDWARD RHODES; EARNSTINE
BROWN,

                                        Plaintiffs,

        versus

JONES COUNTY, NORTH CAROLINA,

                                        Defendant - Appellee,

        and

J. ROBERT JARMAN; LESLIE D. STRAYHORN; NOLAN
JONES; RIVERS & ASSOCIATES, INCORPORATED;
LARRY MEADOWS; ROBERT L. MATTOCKS; HORACE B.
PHILLIPS; CHARLES BATTLE, JR.,

                                        Defendants.

---

**No. 96-1278**

---

D. JOHNSON WILLIS,

                                        Plaintiff - Appellant,

and

BARBARA BURNEY; JAMES EDWARD RHODES; EARNSTINE
BROWN,

                                        Plaintiffs,

        versus

JONES COUNTY, NORTH CAROLINA,

                                        Defendant - Appellee,

        and

J. ROBERT JARMAN; LESLIE D. STRAYHORN; NOLAN
JONES;  RIVERS  &  ASSOCIATES,  INCORPORATED;
LARRY MEADOWS; ROBERT L. MATTOCKS; HORACE B.
PHILLIPS; CHARLES BATTLE, JR.,

                                        Defendants.

_____

Appeals from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, District Judge.  (CA-94-13-4-H)

_____

Submitted:  June 20, 1996            Decided:  July 9, 1996

_____

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

D. Johnson Willis, Appellant Pro Se.  Mark D. Bardill, Trenton, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 95-3051 Appellant appeals a district court order granting the Defendants' motion to continue the trial and pretrial dates to March 11, 1996. Although this appeal was interlocutory when filed, it is now ripe because the district court entered final judgment prior to this Court's review of the appeal. See Equipment Finance Group, Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347 (4th Cir. 1992). In No. 96-1278, Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint on the basis of res judicata.

We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Willis v. Jones County, No. CA-94-13-4-H (E.D.N.C. Nov. 24, 1995; Feb. 22, 1996). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED